Fill in this information to identify your case:

United States Bankruptcy Court for the:

District of Colorado

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

FILED
KENNETH S. GARDNER
CLERK

2017 FEB -1 AM 11: 33

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

☐ Check if this is an amended filing

Official Form 101

17-10763 TBM

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Monica<br>First name<br><br>Denee<br>Middle name<br><br>Lee<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Monica<br>First name<br><br>Denee<br>Middle name<br><br>Campbell<br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 4 8 5<br><br>OR<br><br>9 xx – xx – ___ ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br><br>OR<br><br>9 xx – xx – ___ ___ ___ ___ ___ |

Debtor 1    **Monica     Denee    Lee**
            First Name   Middle Name   Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ — __ __ — __ __ __ __ __<br><br>EIN __ __ — __ __ — __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ — __ __ — __ __ __ __ __<br><br>EIN __ __ — __ __ — __ __ __ __ __ |

| | | If Debtor 2 lives at a different address: |
|---|---|---|
| **5. Where you live** | 1584 Ivy Street<br>Number       Street<br><br>_____<br><br>Denver                    CO      80220<br>City                        State    ZIP Code<br>Denver<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number       Street<br><br>P.O. Box<br><br>City                        State    ZIP Code | _____<br>Number       Street<br><br>_____<br><br>_____<br>City                        State    ZIP Code<br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number       Street<br><br>P.O. Box<br><br>City                        State    ZIP Code |

| | Check one: | Check one: |
|---|---|---|
| **6. Why you are choosing *this district* to file for bankruptcy** | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ |

| Debtor 1 | Monica | Denee | Lee | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

---

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

   ☑ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1 __Monica__  __Denee__  __Lee__
 First Name  Middle Name  Last Name

Case number (if known)_____

---

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number     Street

_____

_____
City                                State      ZIP Code

Debtor 1    <u>Monica    Denee    Lee</u>
      First Name     Middle Name     Last Name

Case number *(if known)*_____

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**16.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   **Monica    Denee    Lee**                      Case number (if known)_____
           First Name   Middle Name   Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16.** **What kind of debts do you have?**

   **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☐ No. Go to line 16b.
   ☑ Yes. Go to line 17.

   **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

   ☑ No. Go to line 16c.
   ☐ Yes. Go to line 17.

   16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

   ☐ No. I am not filing under Chapter 7. Go to line 18.

   ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
     ☑ No
     ☐ Yes

**18.** **How many creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____   X _____
Signature of Debtor 1                                    Signature of Debtor 2

Executed on **01/24/2017**                        Executed on _____
     MM / DD /YYYY                                       MM / DD /YYYY

Debtor 1    __Monica__    __Denee__    __Lee_____    Case number *(if known)*_____
       First Name    Middle Name    Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

✗ _____    Date _____
Signature of Attorney for Debtor                             MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                        State    ZIP Code

Contact phone _____    Email address _____

_____    _____
Bar number                                State

| Debtor 1 | Monica | Denee | Lee | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes. Name of Person On My Own, LLC/Monique Isreal Houston .
       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ _(signature)_ | ✗ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 01/24/2017 | Date |
| MM / DD  / YYYY | MM /  DD / YYYY |
| Contact phone | Contact phone |
| Cell phone (303) 350-9530 | Cell phone |
| Email address | Email address |

Certificate Number: 15725-CO-CC-028637227



15725-CO-CC-028637227

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 18, 2017</u>, at <u>6:55</u> o'clock <u>PM EST</u>, <u>Monica Lee</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 18, 2017</u>          By:    <u>/s/Dhrupaj Sharma</u>

Name:  <u>Dhrupaj Sharma</u>

Title:  <u>Issuer</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Monica __ Denee __ Lee |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 919 South Peoria | From 12/01/2014 | | From _____ |
| Number    Street | To 03/05/2015 | Number   Street | To  _____ |
| Aurora          CO   80010 | | | |
| City         State  ZIP Code | | City           State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number   Street | To  _____ |
| City         State  ZIP Code | | City           State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

Debtor 1    Monica    Denee    Lee
            First Name    Middle Name    Last Name

Case number (if known)_____

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions and<br>exclusions) | Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $     4,770.44 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2016)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $    32,476.28 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $    31,194.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Describe below. | Gross Income from<br>each source<br>(before deductions and<br>exclusions) | Sources of Income<br>Describe below. | Gross Income from<br>each source<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2016)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

---

| Debtor 1 | Monica | Denee | Lee | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

| Debtor 1 | Monica | Denee | Lee | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City          State   ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City          State   ZIP Code | _____ | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City          State   ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City          State   ZIP Code | | | | |

Debtor 1    Monica      Denee       Lee                                          Case number (if known) _____
            First Name   Middle Name   Last Name

---

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title _____ | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| _____ | Judgement -Docket# 2015C61261 | DENVER COUNTY COURT<br>Court Name<br>1515 CLEVELAND PL 4TH<br>Number   Street<br>DENVER          CO   80202<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _____ | | | |
| Case title _____ | | Court Name | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| _____ | | Number   Street | |
| Case number _____ | | City          State   ZIP Code | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| **Creditor's Name** _____ | | $ _____ |
| Number   Street _____ | **Explain what happened** | |
| _____ | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | |
| City          State   ZIP Code | | |
| **Describe the property** | Date | Value of the property |
| **Creditor's Name** _____ | | $ _____ |
| Number   Street _____ | **Explain what happened** | |
| _____ | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | |
| City          State   ZIP Code | | |

Debtor 1    <u>Monica</u>    <u>Denee</u>    <u>Lee</u>      Case number *(if known)*_____
      First Name      Middle Name      Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | | $_____ |
| | | | |
| City         State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:**   **List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Monica | Denee | Lee | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City      State      ZIP Code | | | |

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| On My Own, LLC | Document Preparer | 01/03/2017 | $       250.00 |
| Person Who Was Paid | | | |
| 1306 S Chambers Rd | | _____ | $_____ |
| Number   Street | | | |
| Aurora      CO     80017 | | | |
| City          State    ZIP Code | | | |
| onmyownusa1@gmail.com | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1   Monica      Denee      Lee
            First Name   Middle Name  Last Name                    Case number (if known)_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Debtor CC | Credit Counseling | 01/18/2017 | $ 14.95 |
| Person Who Was Paid | | | $ |
| Number    Street | | | |
| | | | |
| City           State    ZIP Code | | | |
| debtorcc.org | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | |
| | | | $ |
| City           State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| | | | |
| City           State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| | | | |
| City           State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Monica    Denee    Lee      Case number (if known)_____

    First Name    Middle Name    Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☐ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ _____ | | _____ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br>Number   Street _____<br>City    State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br>Number   Street _____<br>City    State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br>Number   Street _____<br>City    State   ZIP Code | Name _____<br>Number   Street _____<br>City    State    ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1   Monica       Denee       Lee                                    Case number (if known)_____
           First Name   Middle Name   Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| 225 Storage<br>Name of Storage Facility | _____<br>Name | Furniture, Clothes, Dishes, TV, Shoes | ☐ No<br>☑ Yes |
| 13790 E Mississippi Ave<br>Number   Street | _____<br>Number   Street | | |
| | 80012<br>City State  ZIP Code | | |
| Aurora        CO      80012<br>City         State   ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name | _____<br>Number   Street | | $_____ |
| _____<br>Number   Street | | | |
| _____<br>City         State   ZIP Code | _____<br>City         State    ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

◘ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

◘ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

◘ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City         State   ZIP Code | _____<br>City         State    ZIP Code | | |

Debtor 1  Monica     Denee     Lee
          First Name  Middle Name  Last Name                    Case number (if known)_____

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City           State   ZIP Code | City           State   ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City           State   ZIP Code | | |

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City           State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City           State   ZIP Code | | From _____ To _____ |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 11

Debtor 1    Monica    Denee    Lee
            First Name    Middle Name    Last Name

Case number (if known) _____

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Number   Street | Name of accountant or bookkeeper | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |
| | | Dates business existed |
| City          State    ZIP Code | | From _____ To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| | Date Issued |
|---|---|
| Name | |
| | MM / DD / YYYY |
| Number   Street | |
| | |
| City          State    ZIP Code | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____    ✗ _____
Signature of Debtor 1                   Signature of Debtor 2

Date 01/24/2017                        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☑ Yes. Name of person On My Own, LLC/Monique isreal Houston          . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Monica | Denee | Lee |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Colorado

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
|    1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................ | $ 0.00 |
|    1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................... | $ 3,718.64 |
|    1c. Copy line 63, Total of all property on *Schedule A/B* ............................................... | $ 3,718.64 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 23,468.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...................................... | $ 3,466.94 |
|    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................... | + $ 73,518.99 |
| **Your total liabilities** | $ 100,453.93 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................................................ | $ 3,330.54 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ............................................................... | $ 2,275.00 |

Debtor 1  Monica    Denee    Lee
          First Name  Middle Name  Last Name                          Case number (if known)_____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$   4,305.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 3,466.94 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 22,406.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total. Add lines 9a through 9f.** | $ 25,872.94 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Monica      Denee      Lee
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   District of Colorado

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City        State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City        State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

Debtor 1   **Monica**   **Denee**   **Lee**
    First Name    Middle Name    Last Name

Case number (if known)_____

---

1.3. _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................................................➔

| |
|---|
| $              0.00 |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1.
Make: **KIA**
Model: **Sportage**
Year: **2008**
Approximate mileage: **95K**
Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $    10,879.00 | $              0.00 |

If you own or have more than one, describe here:

3.2.
Make: **Chevy**
Model: **Blazer**
Year: **2002**
Approximate mileage: **150K**
Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $     5,589.00 | $              0.00 |

---

Debtor 1  **Monica** __ **Denee** __ **Lee** ___
First Name   Middle Name   Last Name

Case number (if known)_____

---

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property (see instructions)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property (see instructions)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property (see instructions)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property (see instructions)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................................... ➔

$_____ 0.00

---

Official Form 106A/B              Schedule A/B: Property              page 3

Debtor 1   Monica   Denee   Lee
            First Name  Middle Name  Last Name

Case number *(if known)* _____

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☑ No
   - ☐ Yes. Describe......... | Couch, Kitchware, Microwave | $ 250.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe......... | 1 Cell Phone, 1 Tv | $ 150.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe......... | | $ 0.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe......... | | $ 0.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe......... | | $ 0.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe......... | 35 shirts, 35 pants, 12 shoes, 5 coats | $ 100.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☑ Yes. Describe......... | 3 bracelets, 1 necklace | $ 100.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☑ No
    - ☐ Yes. Describe......... | | $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☑ No
    - ☐ Yes. Give specific information......... | | $ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................... → | $ 600.00

Debtor 1    Monica       Denee      Lee
            First Name   Middle Name   Last Name                              Case number (if known)_____

### Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?          **Current value of the portion you own?**
                                                                                     Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No
   ☐ Yes.................................................................................      Cash: .................    $_____0.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes.....................                       Institution name:

          17.1. Checking account:     Liberty Bank ( monthly payroll deposit)          $_____3,000.00

          17.2. Checking account:     _____              $_____

          17.3. Savings account:      _____              $_____

          17.4. Savings account:      _____              $_____

          17.5. Certificates of deposit: _____             $_____

          17.6. Other financial account: _____             $_____

          17.7. Other financial account: _____             $_____

          17.8. Other financial account: _____             $_____

          17.9. Other financial account: _____             $_____

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes...................       Institution or issuer name:

                                  _____              $_____
                                  _____              $_____
                                  _____              $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No                           Name of entity:                        % of ownership:
   ☐ Yes. Give specific
      information about            _____    0%____%        $_____
      them.........................  _____    0%____%        $_____
                                  _____    0%____%        $_____

Debtor 1   **Monica**   **Denee**   **Lee**
First Name   Middle Name   Last Name

Case number *(if known)* _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them........

Issuer name:

$_____
$_____
$_____

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA: | | $ |
| Retirement account: | TSP | $ 118.67 |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes..................

Institution name or individual:

| Electric: | $ |
| Gas: | $ |
| Heating oil: | $ |
| Security deposit on rental unit: | $ |
| Prepaid rent: | $ |
| Telephone: | $ |
| Water: | $ |
| Rented furniture: | $ |
| Other: | $ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..................

Issuer name and description:

$_____
$_____
$_____

Official Form 106A/B   Schedule A/B: Property   page 6

Debtor 1  __Monica__   __Denee__   __Lee__                     Case number (if known)_____
         First Name   Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
    information about them....  [                    ]  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
_Examples:_ Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
    information about them....  [                    ]  $_____

27. **Licenses, franchises, and other general intangibles**
_Examples:_ Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
    information about them....  [                    ]  $_____

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax years. ..................... [          ]  Federal:  $_____
                                                          State:    $_____
                                                          Local:    $_____

29. **Family support**
_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.............. [          ]  Alimony:            $_____
                                                            Maintenance:        $_____
                                                            Support:            $_____
                                                            Divorce settlement: $_____
                                                            Property settlement: $_____

30. **Other amounts someone owes you**
_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information.............. [          ]  $_____

Debtor 1  **Monica**        **Denee**        **Lee**
           First Name       Middle Name      Last Name          Case number (if known)_____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company
         of each policy and list its value. ...    Company name:              Beneficiary:              Surrender or refund value:

    _____    _____    $_____
    _____    _____    $_____
    _____    _____    $_____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..............    [                                    ]    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. ...................    [                                    ]    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights**
    **to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. ...................    [                                    ]    $_____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information............    [                                    ]    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**    →    $          3,118.67
    **for Part 4. Write that number here** ....................................................................................................

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

                                                                                            **Current value of the**
                                                                                            **portion you own?**
                                                                                            Do not deduct secured claims
                                                                                            or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe.......    [                                    ]    $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe.......    [                                    ]    $_____

Debtor 1  Monica          Denee          Lee
          First Name      Middle Name    Last Name

Case number (if known) _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........  [_____]  $_____

**41. Inventory**

☑ No
☐ Yes. Describe........  [_____]  $_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | ____% | $_____ |
| _____ | ____% | $_____ |
| _____ | ____% | $_____ |

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe........  [_____]  $_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information .........  _____  $_____
             _____  $_____
             _____  $_____
             _____  $_____
             _____  $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .........  →  $ _____ 0.00

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☑ No
☐ Yes..................  [_____]  $_____

Debtor 1   Monica   Denee   Lee
   First Name   Middle Name   Last Name

Case number (if known)_____

**48. Crops—either growing or harvested**
- ☑ No
- ☐ Yes. Give specific information............
  - $ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☑ No
- ☐ Yes.........................
  - $ _____

**50. Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes.........................
  - $ _____

**51. Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information............
  - $ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................... → | $ 0.00 |

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information............
  - $ _____
  - $ _____
  - $ _____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ................................ → | $ 0.00 |

---

## Part 8:   List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2** ......................................................................................... → | $ 0.00 |

**56. Part 2: Total vehicles, line 5**  $ 0.00

**57. Part 3: Total personal and household items, line 15**  $ 600.00

**58. Part 4: Total financial assets, line 36**  $ 3,118.64

**59. Part 5: Total business-related property, line 45**  $ 0.00

**60. Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

**61. Part 7: Total other property not listed, line 54**  + $ 0.00

**62. Total personal property. Add lines 56 through 61.** .................. | $ 3,718.64 | Copy personal property total → + $ 3,718.64

**63. Total of all property on Schedule A/B. Add line 55 + line 62.** ......................................... | $ 3,718.64 |

---

Official Form 106A/B          Schedule A/B: Property          page 10

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Monica | Denee | Lee |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Colorado

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Motor Vehicle<br><br>Line from *Schedule A/B*: 3.1 | $10,879.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CRS  13-54-102(j)(I) |
| Brief description: Motor Vehicle<br><br>Line from *Schedule A/B*: 3.2 | $5,589.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CRS  13-54-102(j)(I) |
| Brief description: Household<br><br>Line from *Schedule A/B*: 6 | $600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CRS  13-54-102(1)(e) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☑ No

       ☐ Yes

| Debtor 1 | Monica | Denee | Lee | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:  Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CRS 13-54-102(1)(e) |
| Brief description: Clothes<br>Line from *Schedule A/B*: 11 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CRS 13-54-102(1)(a) |
| Brief description: Jewelry<br>Line from *Schedule A/B*: 12 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CRS 13-54-102(1)(b) |
| Brief description: Retirement<br>Line from *Schedule A/B*: 21 | $ 118.67 | ☑ $ 118.67<br>☐ 100% of fair market value, up to any applicable statutory limit | CRS 13-54-102(1)(s) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Monica       Denee        Lee
            First Name    Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name  Last Name

United States Bankruptcy Court for the: District of Colorado

Case number
(if known)  _____

☐ Check if this is an
   amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1** UNIVERSAL ACCEPTANCE
Creditor's Name

10801 RED CIRCLE DR
Number    Street

MINNETONKA    MN   55343
City          State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred  11/01/2016

Describe the property that secures the claim:

Kia Sportage 95K

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0  0  0  0

$ 10,875.00    $ 10,875.00    $ 0.00

**2.2** GM FINANCIAL
Creditor's Name

PO BOX 181145
Number    Street

ARLINGTON    TX   76096
City          State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred  02/10/2010

Describe the property that secures the claim:

Chevy Blazer 150K

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0  0  0  0

$ 12,593.00    $ 12,593.00    $ 0.00

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 23,468.00

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Monica | Denee | Lee | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: District of Colorado

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Department of the Treasury** | Last 4 digits of account number  0  0  0  0 | $ 3,466.94 | $ 3,466.94 | $ 0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**Internal Revenue Service**
Number       Street

When was the debt incurred?   12/05/2016

**Austin                    TX   73301**
City                State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
  intoxicated
☐ Other. Specify _____

| 2.2 | | Last 4 digits of account number  ___ ___ ___ ___ | $ _____ | $ _____ | $ _____ |
|---|---|---|---|---|---|

Priority Creditor's Name

Number       Street

When was the debt incurred?   _____

City                State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
  intoxicated
☐ Other. Specify _____

Debtor 1   Monica     Denee     Lee
           First Name  Middle Name  Last Name          Case number (if known)_____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1** Advance America
Nonpriority Creditor's Name

15051 E Mississippi Ave
Number          Street

Aurora                          CO        80012
City                            State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0
When was the debt incurred?  03/10/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collections

$           500.00

**4.2** Ace Checking
Nonpriority Creditor's Name

15034 E Mississippi Ave
Number          Street

Aurora                          CO        80012
City                            State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0
When was the debt incurred?  03/05/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

$           500.00

**4.3** City of Aurora
Nonpriority Creditor's Name

P.O Box 1004
Number          Street

Aurora                          CO        80040
City                            State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0
When was the debt incurred?  04/14/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collections

$            75.00

Debtor 1   __Monica__   __Denee__   __Lee__
　　　　　　First Name　　Middle Name　　Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**Money Tree**
Nonpriority Creditor's Name
P.O. Box 58363
Number　　　Street
Seattle　　　　　　　　WA　　98138
City　　　　　　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0   0   0   0      $   188.99

When was the debt incurred?   11/04/2016

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

---

**CCA Financial Aid Office**
Nonpriority Creditor's Name
16000 E CentreTech Pkwy, Ste A 103
Number　　　Street
Aurora　　　　　　　　CO　　80011
City　　　　　　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0   0   0   0      $  4,172.00

When was the debt incurred?   07/13/2016

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

---

**NATIONAL CREDIT SYSTEM**
Nonpriority Creditor's Name
3750 NATURALLY FRESH BLVD
Number　　　Street
ATLANTA　　　　　　　GA　　30349
City　　　　　　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0   0   0   0      $  3,729.00

When was the debt incurred?   08/01/2016

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

---

Debtor 1   Monica        Denee        Lee
           First Name    Middle Name  Last Name                    Case number *(if known)*_____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

|   | | **Total claim** |
|---|---|---|

**4.1**  ENHANCED RECOVERY CO
Nonpriority Creditor's Name

8014 BAYBERRY RD
Number       Street

JACKSONVILLE          FL      32256
City                  State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0
When was the debt incurred?  06/01/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

$        660.00

**4.2**  GM FINANCIAL
Nonpriority Creditor's Name

PO BOX 181145
Number       Street

ARLINGTON            TX      76096
City                 State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0
When was the debt incurred?  12/11/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

$       5,465.00

**4.3**  UNIVERSAL ACCEPTANCE
Nonpriority Creditor's Name

10801 RED CIRCLE DR
Number       Street

MINNETONKA           MN      55343
City                 State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0
When was the debt incurred?  12/11/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

$      10,875.00

| Debtor 1 | Monica | Denee | Lee | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**METRO COLLECTIONS SVC**
Nonpriority Creditor's Name

**2600 S PARKER RD BLDG 4 SUITE 340**
Number        Street

**AURORA**                    **CO**        **80014**
City                          State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0

When was the debt incurred?  11/30/2010

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

$ 5,589.00

---

**AD ASTRA RECOVERY SERVIC**
Nonpriority Creditor's Name

**7330 W 33RD ST NSTE 118**
Number        Street

**WICHITA**                   **KS**        **67205**
City                          State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0

When was the debt incurred?  07/28/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

$ 590.00

---

**PUBLIC SERVICE ECU**
Nonpriority Creditor's Name

**9990 Park Meadows Drive**
Number        Street

**Lone Tree**                 **CO**        **80124**
City                          State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0

When was the debt incurred?  04/13/2013

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

$ 362.00

---

| Debtor 1 | Monica | Denee | Lee | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

|  |  | Total claim |
|---|---|---|

### 4.1 GM FINANCIAL
Nonpriority Creditor's Name

PO BOX 181145
Number        Street

ARLINGTON                    TX
City                         State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0     $  12,593.00

When was the debt incurred?  02/05/2010

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection

### 4.2 DENVER COUNTY COURT
Nonpriority Creditor's Name

1515 CLEVELAND PL 4TH
Number        Street

DENVER            CO      80202
City              State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0     $  5,814.00

When was the debt incurred?  07/07/2015

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Judgement

### 4.3 FEDLOAN SERVICING
Nonpriority Creditor's Name

PO BOX 60610
Number        Street

HARRISBURG        PA      17106
City              State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  0  0  0     $  22,406.00

When was the debt incurred?  02/08/2011

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| Debtor 1 | Monica | Denee | Lee | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | 3,466.94 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ | 0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 3,466.94 |

**Total claim**

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 22,406.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ | 51,112.99 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 73,518.99 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Monica | Denee | Lee |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Colorado

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
    example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and
    unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number        Street | |
| City                    State     ZIP Code | |
| **2.2** | |
| Name | |
| Number        Street | |
| City                    State     ZIP Code | |
| **2.3** | |
| Name | |
| Number        Street | |
| City                    State     ZIP Code | |
| **2.4** | |
| Name | |
| Number        Street | |
| City                    State     ZIP Code | |
| **2.5** | |
| Name | |
| Number        Street | |
| City                    State     ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Monica        Denee        Lee
            First Name    Middle Name  Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Colorado

Case number
(If known)

☐ Check if this is an
  amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☑ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                    State              ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   **Column 1: Your codebtor**                          **Column 2: The creditor to whom you owe the debt**

                                                         Check all schedules that apply:

   **3.1** Josiah Bright
           Name                                          ☑ Schedule D, line _____
           1584 Ivy St                                   ☐ Schedule E/F, line _____
           Number      Street                            ☐ Schedule G, line _____
           Denver              CO        80220
           City               State      ZIP Code

   **3.2** _____                     ☐ Schedule D, line _____
           Name                                          ☐ Schedule E/F, line _____
           _____                     ☐ Schedule G, line _____
           Number      Street
           _____
           City               State      ZIP Code

   **3.3** _____                     ☐ Schedule D, line _____
           Name                                          ☐ Schedule E/F, line _____
           _____                     ☐ Schedule G, line _____
           Number      Street
           _____
           City               State      ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Monica | Denee | Lee |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of Colorado | | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | Mail Clerk | |
| Employer's name | | USPS | |
| Employer's address | | 5300 Quebec Street | |
| | | Number   Street | Number   Street |
| | | Commerce City   CO   80266 | |
| | | City   State   ZIP Code | City   State   ZIP Code |
| How long employed there? | | 3 years | 3 years |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 3,280.00 | $ _____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 1,025.00 | + $ _____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 4,305.00 | $ _____ |

| Debtor 1 | Monica | Denee | Lee | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................→ 4. | | $ 4,305.00 | $ |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 835.82 | $ |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 105.64 | $ |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. | Insurance | 5e. | $ 0.00 | $ |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. | Union dues | 5g. | $ 33.00 | $ |
| 5h. | Other deductions. Specify: _____ | 5h. +$ 0.00 | | + $ |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 974.46 | $ |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,330.54 | $ |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. | Social Security | 8e. | $ 0.00 | $ |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. | Other monthly income. Specify: _____ | 8h. +$ 0.00 | | +$ |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,330.54 + | $ = $ 3,330.54 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $ 3,330.54 **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    Monica      Denee      Lee
            First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Colorado

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☐ No
   ☑ Yes. Fill out this information for
      each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 19yrs | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $              1,000.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $                   0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $                   0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $                   0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $                   0.00 |

Debtor 1    Monica      Denee      Lee

First Name    Middle Name    Last Name

Case number *(if known)*_____

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
|    6a.   Electricity, heat, natural gas | 6a. | $ 60.00 |
|    6b.   Water, sewer, garbage collection | 6b. | $ 50.00 |
|    6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 60.00 |
|    6d.   Other. Specify:_____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 20.00 |
| 10. **Personal care products and services** | 10. | $ 20.00 |
| 11. **Medical and dental expenses** | 11. | $ 0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|    15a.   Life insurance | 15a. | $ 0.00 |
|    15b.   Health insurance | 15b. | $ 0.00 |
|    15c.   Vehicle insurance | 15c. | $ 60.00 |
|    15d.   Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
|    17a.   Car payments for Vehicle 1 | 17a. | $ 405.00 |
|    17b.   Car payments for Vehicle 2 | 17b. | $ 0.00 |
|    17c.   Other. Specify:_____ | 17c. | $ 0.00 |
|    17d.   Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
|    20a.   Mortgages on other property | 20a. | $ 0.00 |
|    20b.   Real estate taxes | 20b. | $ 0.00 |
|    20c.   Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
|    20d.   Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
|    20e.   Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Monica        Denee        Lee                                          Case number (if known)_____
            First Name    Middle Name    Last Name

21.  **Other.** Specify: _____          21.   +$_____0.00

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                          22a.   $_____2,275.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.   $_____0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.        22c.   $_____2,275.00

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.   $_____3,330.54

    23b. Copy your monthly expenses from line 22c above.               23b.   −$_____2,275.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                        23c.   $_____1,055.54

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    Monica             Denee             Lee
            First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Colorado

Case number
(If known)    _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes.   Name of person On My Own, LLC/Monique Isreal Houston . Attach  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____        X _____
Signature of Debtor 1                        Signature of Debtor 2

Date  01/24/2017                            Date _____
      MM / DD  / YYYY                            MM / DD  / YYYY

# UNITED STATES BANKRUPTCY COURT

## District of Colorado

IN RE   Monica Denee Lee

CASE NO._____

DEBTOR(S)        CHAPTER_____7_____

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

Date: 01/24/2017 _____

_____ Debtor

_____ Joint Debtor

## USPS Employee Earnings Statement

**Print This Page**

**UNITED STATES POSTAL SERVICE** ®

| Employee: | MONICA D LEE | Pay Period: | 26-2016 | Net Pay |
| Employee ID: | 04368629 | Pay Date: | 12/30/16 | |
| Finance Number: | 07-2359 | Pay Loc: 515 | Inclusive Dates: 12/10/16 - 12/23/16 | $ 1,666.39 |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-16 | 1 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 39.80 | 750.67 |
| 26-16 | 1 | P | 06 | FF | 110 | 39,231 | 53 | OVERTIME HOURS | 19.63 | 555.37 |
| 26-16 | 1 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 58.21 | 62.87 |
| 26-16 | 1 | P | 06 | FF | 110 | 39,231 | 59 | PARTIAL DAY LWOP HOURS | .20 | .00 |
| 26-16 | 1 | P | 06 | FF | 110 | 39,231 | 72 | SUNDAY PREMIUM | 16.00 | 75.44 |
| 26-16 | 1 | | | | | | | FLSA | | 20.64 |
| 26-16 | 2 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 38.81 | 732.00 |
| 26-16 | 2 | P | 06 | FF | 110 | 39,231 | 53 | OVERTIME HOURS | .16 | 4.53 |
| 26-16 | 2 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 38.97 | 42.09 |
| 26-16 | 2 | P | 06 | FF | 110 | 39,231 | 59 | PARTIAL DAY LWOP HOURS | 1.19 | .00 |
| 26-16 | 2 | P | 06 | FF | 110 | 39,231 | 72 | SUNDAY PREMIUM | 15.50 | 73.09 |

| | Total Hours Gross Pay : | 2,316.70 |

| | Total Adjustments Gross : | .00 |

**\*\*\*\*\* To view detailed information on adjustments, click on the View Adjustments link ==>**    **View Adjustments**

| Print This Page | USPS Employee Earnings Statement | UNITED STATES POSTAL SERVICE ® |
|---|---|---|

| Employee: | MONICA D LEE | Pay Period: | 01-2017 | Net Pay |
|---|---|---|---|---|
| Employee ID: | 04368629 | Pay Date: | 01/13/17 | $ 1,488.66 |
| Finance Number: | 07-2359 | Pay Loc: | 515 | Inclusive Dates: | 12/24/16 - 01/06/17 | |

### Leave

Category: 4.00    Leave Computation date: 11/26/16

**Annual Leave (AL)**

| | |
|---|---|
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 12.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 12.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 12.00 |
| AL Used this Pay Period | .00 |

Category: 4.00    **Sick Leave (SL)**

| | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | 12.00 |
| - SL Used YTD | .00 |
| = Current SL Balance | 12.00 |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | 16.35 |
| Calendar LWOP YTD | 16.35 |
| Leave Increment LWOP | 17.74 |

**Retirement**

YTD: 52.82  **Total:** 124.67

**FERS USPS Thrift Contributions**

PP 1%: 12.01   **YTD USPS 1%:** 12.01
PP Match: 36.02   **YTD Matching:** 36.02

**Insurance Income**

Pay Period: .02   **YTD:** .02

**Earnings Statement Messages**

### Additional Pay / Other Compensation

| | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation : | .00 | .00 |
| Total Gross Pay : | $ 2,011.91 | $ 2,011.91 |

**Deductions**

| | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 52.82 | 52.82 |
| Social Security | 124.74 | see YTD below |
| Medicare | 29.17 | see YTD below |
| Federal Tax: S 03 | 195.12 | 195.12 |
| State Tax: CO S 03 | 66.00 | 66.00 |
| Local Tax: 294 S 00 | 2.88 | 2.88 |
| Social Security (deducted on Ins Income) | .00 | 124.74 |
| Medicare (deducted on Ins Income) | .00 | 29.17 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 36.02 | 36.02 |
| Union Dues: W | 16.50 | 16.50 |

| Total Current Pay Period Deductions : | 523.25 | |
|---|---|---|
| Total Adjustments Deductions : | .00 | |
| Total Deductions : | $ 523.25 | $ 523.25 |
| Net Pay (Paper Check): | $ 1,488.66 | $ 1,488.66 |

## *Restricted Information / Confidential*

**Print This Page**

## USPS Employee Earnings Statement

**UNITED STATES POSTAL SERVICE ®**

| Employee: | MONICA D LEE | | | Pay Period: | | 01-2017 | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Employee ID: | 04368629 | | | Pay Date: | | 01/13/17 | | |
| Finance Number: | 07-2359 | Pay Loc: | 515 | Inclusive Dates: | | 12/24/16 - 01/06/17 | | $ 1,488.66 |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-17 | 1 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 23.65 | 446.07 |
| 01-17 | 1 | P | 06 | FF | 110 | 39,231 | 53 | OVERTIME HOURS | 8.12 | 229.73 |
| 01-17 | 1 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 31.77 | 34.31 |
| 01-17 | 1 | P | 06 | FF | 110 | 39,231 | 58 | HOLIDAY LEAVE | 8.00 | 150.89 |
| 01-17 | 1 | P | 06 | FF | 110 | 39,231 | 59 | PARTIAL DAY LWOP HOURS | .35 | .00 |
| 01-17 | 1 | P | 06 | FF | 110 | 39,231 | 60 | FULL DAY LWOP HOURS | 8.00 | .00 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 43 | PENALTY OVERTIME PAYMENT | .09 | 3.39 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 24.00 | 452.67 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 53 | OVERTIME HOURS | 10.96 | 310.08 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 41.92 | 45.27 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 57 | HOLIDAY WORK | 8.00 | 150.89 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 58 | HOLIDAY LEAVE | 8.00 | 150.89 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 60 | FULL DAY LWOP HOURS | 8.00 | .00 |
| 01-17 | 2 | P | 06 | FF | 110 | 39,231 | 72 | SUNDAY PREMIUM | 8.00 | 37.72 |
| 01-17 | 2 | | | | | | | FLSA | | .00 |

| | | Total Hours Gross Pay : | | 2,011.91 |
|---|---|---|---|---|

| | | Total Adjustments Gross | | .00 |
|---|---|---|---|---|

***** To view detailed information on adjustments, click on the View Adjustments link ==>**   **View Adjustments**

MONICA D LEE

## USPS Employee Earnings Statement

Print This Page

 UNITED STATES POSTAL SERVICE ®

| Employee: | MONICA D LEE | | Pay Period: | 22-2016 | Net Pay |
|---|---|---|---|---|---|
| Employee ID: | 04368629 | | Pay Date: | 11/04/16 | |
| Finance Number: | 07-2344 | Pay Loc: 000 | Inclusive Dates: | 10/15/16 – 10/28/16 | $ 689.18 |

### Leave

**Category: 4.00**   Leave Computation date: 01/11/16

#### Annual Leave (AL)

| | |
|---|---|
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 68.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 8.00 |
| = Earned Annual Leave Balance | 60.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 60.00 |
| AL Used this Pay Period | .00 |

**Category: .00**

#### Sick Leave (SL)

| | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

#### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

#### Retirement

**YTD:**      **Total:**

#### Insurance Income

**Pay Period:**      **YTD:**

#### Earnings Statement Messages

| Additional Pay / Other Compensation | Amount | |
|---|---|---|
| | Pay Period | YTD |
| | | |
| | | |
| Total Additional Pay / Other Compensation : | .00 | .00 |
| Total Gross Pay : | $ 1,123.01 | $ 24,405.60 |

| Deductions | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 69.63 | 1,513.15 |
| Medicare | 16.28 | 353.88 |
| Federal Tax: S 03 | 67.49 | 1,578.84 |
| State Tax: CO S 03 | 27.00 | 572.00 |
| Local Tax: 294 S 00 | 2.88 | 63.36 |
| Garnishment | 234.93 | 2,733.91 |
| Union Dues: W | 15.62 | 327.16 |
| Child Support / Spousal Support | .00 | 1,664.41 |

| | | |
|---|---|---|
| Total Current Pay Period Deductions : | 433.83 | |
| Total Adjustments Deductions : | .00 | |
| Total Deductions : | $ 433.83 | $ 8,806.71 |
| Net Pay (Paper Check): | $ 689.18 | $ 15,598.89 |

## *Restricted Information / Confidential*

## USPS Employee Earnings Statement

Print This Page

**UNITED STATES POSTAL SERVICE ®**

| Employee: | MONICA D LEE | | | | | | Pay Period: | | 22-2016 | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee ID: | 04368629 | | | | | | Pay Date: | | 11/04/16 | | |
| Finance Number: | 07-2344 | Pay Loc: | | 000 | | | Inclusive Dates: | | 10/15/16 - 10/28/16 | | $ 689.18 |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-16 | 1 | P | 06 | A | 813 | 16.06 | 52 | WORK HOURS | 35.07 | 563.22 | |
| 22-16 | 1 | P | 06 | A | 813 | 16.06 | 54 | NIGHT WORK PREM HOURS | 10.47 | 11.73 | |
| 22-16 | 1 | P | 06 | A | 813 | 16.06 | 76 | NON-SCHEDULED CROSS-FOOT | 4.93 | .00 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 22-16 | 2 | P | 06 | A | 813 | 16.06 | 52 | WORK HOURS | 33.33 | 535.28 | |
| 22-16 | 2 | P | 06 | A | 813 | 16.06 | 54 | NIGHT WORK PREM HOURS | 11.41 | 12.78 | |
| 22-16 | 2 | P | 06 | A | 813 | 16.06 | 76 | NON-SCHEDULED CROSS-FOOT | 6.67 | .00 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | Total Hours Gross Pay : | | 1,123.01 | |

| | Total Adjustments Gross : | .00 |
|---|---|---|

**\*\*\*\*\* To view detailed information on adjustments, click on the View Adjustments link ==>**   **View Adjustments**

# USPS Employee Earnings Statement

**Print This Page**

**UNITED STATES POSTAL SERVICE**

| Employee: | MONICA D LEE | Pay Period: | 23-2016 | Net Pay |
|---|---|---|---|---|
| Employee ID: | 04368629 | Pay Date: | 11/18/16 | |
| Finance Number: | 07-2344 | Pay Loc: 000 | Inclusive Dates: | 10/29/16 - 11/11/16 | **$ 1,322.54** |

### Leave

Category: 4.00
Leave Computation date: 01/11/16

**Annual Leave (AL)**

| | |
|---|---|
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 72.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 8.00 |
| = Earned Annual Leave Balance | 64.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | **64.00** |
| AL Used this Pay Period | .00 |

**Sick Leave (SL)**

Category: .00

| | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | **.00** |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

**Retirement**

YTD:        Total:

**Insurance Income**

Pay Period:        YTD:

**Earnings Statement Messages**

RETROACTIVE PAYMENT

### Additional Pay / Other Compensation

| | Amount Pay Period | YTD |
|---|---|---|
| | | |
| | | |
| Total Additional Pay / Other Compensation : | .00 | .00 |
| | | |
| Total Gross Pay : | $ 1,748.43 | $ 26,154.03 |

### Deductions

| | Amount Pay Period | YTD |
|---|---|---|
| Social Security | 71.02 | 1,621.55 |
| Medicare | 16.61 | 379.23 |
| Federal Tax: S 03 | 70.86 | 1,800.48 |
| State Tax: CO S 03 | 28.00 | 624.00 |
| Local Tax: 294 S 00 | 2.88 | 66.24 |
| Union Dues: W | 15.62 | 342.78 |
| Child Support / Spousal Support | .00 | 1,664.41 |
| Garnishment | .00 | 2,733.91 |
| | | |

| | | |
|---|---|---|
| Total Current Pay Period Deductions : | 204.99 | |
| Total Adjustments Deductions : | 220.90 | |
| Total Deductions : | $  425.89 | $  9,232.60 |
| Net Pay (Paper Check): | $  1,322.54 | $  16,921.43 |

*Restricted Information / Confidential*

# USPS Employee Earnings Statement

**Print This Page**

**UNITED STATES POSTAL SERVICE**

| Employee: | MONICA D LEE | Pay Period: | 23-2016 | **Net Pay** |
| Employee ID: | 04368629 | Pay Date: | 11/18/16 | |
| Finance Number: | 07-2344 | Pay Loc: | 000 | Inclusive Dates: | 10/29/16 - 11/11/16 | **$ 1,322.54** |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 23-16 | 1 | P | 06 | A | 813 | 16.06 | 52 | WORK HOURS | 33.43 | 536.89 |
| 23-16 | 1 | P | 06 | A | 813 | 16.06 | 54 | NIGHT WORK PREM HOURS | 9.78 | 10.95 |
| 23-16 | 1 | P | 06 | A | 813 | 16.06 | 76 | NON-SCHEDULED CROSS-FOOT | 6.57 | .00 |
| | | | | | | | | | | |
| 23-16 | 2 | P | 06 | A | 813 | 16.06 | 52 | WORK HOURS | 36.48 | 585.87 |
| 23-16 | 2 | P | 06 | A | 813 | 16.06 | 54 | NIGHT WORK PREM HOURS | 10.50 | 11.76 |
| 23-16 | 2 | P | 06 | A | 813 | 16.06 | 76 | NON-SCHEDULED CROSS-FOOT | 3.52 | .00 |

| Total Hours Gross Pay : | 1,145.47 |
|---|---|

| Total Adjustments Gross : | 602.96 |
|---|---|

***** To view detailed information on adjustments, click on the View Adjustments link ==>**    **View Adjustments**

MONICA D LEE

## USPS Employee Earnings Statement

Print This Page

**UNITED STATES POSTAL SERVICE ®**

| Employee: | MONICA D LEE | Pay Period: | 24-2016 | Net Pay |
| Employee ID: | 04368629 | Pay Date: | 12/02/16 | |
| Finance Number: | 07-2344 | Pay Loc: | 000 | Inclusive Dates: | 11/12/16 – 11/25/16 | **$ 1,079.27** |

### Leave

Category: 4.00  Leave Computation date: 01/11/16

#### Annual Leave (AL)

| | |
|---|---|
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 76.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 8.00 |
| = Earned Annual Leave Balance | 68.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | **68.00** |
| AL Used this Pay Period | .00 |

#### Sick Leave (SL)

Category: .00

| | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | **.00** |
| SL Used this Pay Period | .00 |

#### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

#### Retirement
YTD:        Total:

#### Insurance Income
Pay Period:        YTD:

#### Earnings Statement Messages

| Additional Pay / Other Compensation | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation : | .00 | .00 |
| Total Gross Pay : | **$ 1,335.08** | **$ 27,489.11** |

| Deductions | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 82.77 | 1,704.32 |
| Medicare | 19.36 | 398.59 |
| Federal Tax: S 03 | 99.30 | 1,899.78 |
| State Tax: CO S 03 | 36.00 | 660.00 |
| Local Tax: 294 S 00 | 2.76 | 69.00 |
| Union Dues: W | 15.62 | 358.40 |
| Child Support / Spousal Support | .00 | 1,664.41 |
| Garnishment | .00 | 2,733.91 |

| | | |
|---|---|---|
| Total Current Pay Period Deductions : | 255.81 | |
| Total Adjustments Deductions : | .00 | |
| Total Deductions : | **$ 255.81** | **$ 9,488.41** |
| Net Pay (Paper Check): | **$ 1,079.27** | **$ 18,000.70** |

*Restricted Information / Confidential*

| Print This Page | USPS Employee Earnings Statement | | | | | | | UNITED STATES POSTAL SERVICE ® |

| Employee: | MONICA D LEE | | | | Pay Period: | | 24-2016 | Net Pay |
| Employee ID: | 04368629 | | | | Pay Date: | | 12/02/16 | |
| Finance Number: | 07-2344 | Pay Loc: | | 000 | Inclusive Dates: | | 11/12/16 – 11/25/16 | $ 1,079.27 |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 24-16 | 1 | P | 06 | A | 813 | 16.06 | 52 | WORK HOURS | 39.12 | 628.27 |
| 24-16 | 1 | P | 06 | A | 813 | 16.06 | 54 | NIGHT WORK PREM HOURS | 11.54 | 12.92 |
| 24-16 | 1 | P | 06 | A | 813 | 16.06 | 76 | NON-SCHEDULED CROSS-FOOT | .88 | .00 |
| | | | | | | | | | | |
| 24-16 | 2 | P | 06 | A | 813 | 16.06 | 52 | WORK HOURS | 34.53 | 554.55 |
| 24-16 | 2 | P | 06 | A | 813 | 16.06 | 54 | NIGHT WORK PREM HOURS | 9.70 | 10.86 |
| 24-16 | 2 | P | 06 | A | 813 | 16.06 | 58 | HOLIDAY LEAVE | 8.00 | 128.48 |
| 24-16 | 2 | P | 06 | A | 813 | 16.06 | 63 | LEAVE/NO-OT CROSSFOOT | 2.53 | .00 |

| | Total Hours Gross Pay : | 1,335.08 |

| | Total Adjustments Gross : | .00 |

***** To view detailed information on adjustments, click on the View Adjustments link ==>    **View Adjustments**

MONICA D LEE

| Print This Page | USPS Employee Earnings Statement | UNITED STATES POSTAL SERVICE® |
|---|---|---|

| | | | | Net Pay |
|---|---|---|---|---|
| Employee: | MONICA D LEE | Pay Period: | 25-2016 | $ 1,849.98 |
| Employee ID: | 04368629 | Pay Date: | 12/16/16 | |
| Finance Number: | 07-2359 | Pay Loc: | 515 | Inclusive Dates: | 11/26/16 - 12/09/16 | |

**Leave**

Category: 4.00    Leave Computation date: 11/26/16

**Annual Leave (AL)**

| | |
|---|---|
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 4.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 4.00 |
| + AL Advanced YTD | 8.00 |
| = Available AL Balance | 12.00 |
| AL Used this Pay Period | .00 |

**Sick Leave (SL)**

Category: 4.00

| | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | 4.00 |
| - SL Used YTD | .00 |
| = Current SL Balance | 4.00 |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

**Retirement**

YTD: 59.43  Total: .00

**FERS USPS Thrift Contributions**

PP 1%: 13.51   YTD USPS 1%: 13.51

PP Match: 40.52   YTD Matching: 40.52

**Insurance Income**

Pay Period: .02   YTD: .02

**Earnings Statement Messages**

CONTRACTUAL INCREASE

AL/DL FROM PRIOR APPT PD

**Additional Pay / Other Compensation**

| | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation : | .00 | .00 |
| Total Gross Pay : | $ 2,670.47 | $ 30,159.58 |

**Deductions**

| | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 59.43 | 59.43 |
| Social Security | 97.86 | see YTD below |
| Medicare | 22.88 | see YTD below |
| Federal Tax: S 03 | 129.72 | 2,302.52 |
| State Tax: CO S 03 | 46.00 | 757.00 |
| Local Tax: 294 S 00 | .00 | .00 |
| Social Security (deducted on Ins Income) | .01 | 1,869.90 |
| Medicare (deducted on Ins Income) | .00 | 437.31 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 40.52 | 40.52 |
| Union Dues: W | 16.50 | 374.90 |
| Child Support / Spousal Support | .00 | 1,664.41 |
| Garnishment | .00 | 2,733.91 |
| Local Tax: 294 S 00 | .00 | 69.00 |

| Total Current Pay Period Deductions : | 412.92 | |
|---|---|---|
| Total Adjustments Deductions : | 407.57 | |
| Total Deductions : | $ 820.49 | $ 10,308.90 |
| Net Pay (Paper Check): | $ 1,849.98 | $ 19,850.68 |

*Restricted Information / Confidential*

| Print This Page | USPS Employee Earnings Statement | | | | | | | | UNITED STATES POSTAL SERVICE® | |
|---|---|---|---|---|---|---|---|---|---|---|

| Employee: | MONICA D LEE | | | | | Pay Period: | | 25-2016 | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee ID: | 04368629 | | | | | Pay Date: | | 12/16/16 | $ 1,849.98 | |
| Finance Number: | 07-2359 | | Pay Loc: | | 515 | Inclusive Dates: | | 11/26/16 - 12/09/16 | | |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-16 | 1 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 31.61 | 596.20 | |
| 25-16 | 1 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 31.61 | 34.14 | |
| 25-16 | 1 | P | 06 | FF | 110 | 39,231 | 76 | NON-SCHEDULED CROSS-FOOT | 8.39 | .00 | |
| | | | | | | | | | | | |
| 25-16 | 2 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 40.00 | 754.44 | |
| 25-16 | 2 | P | 06 | FF | 110 | 39,231 | 53 | OVERTIME HOURS | 2.47 | 69.88 | |
| 25-16 | 2 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 41.47 | 44.79 | |
| 25-16 | 2 | P | 06 | FF | 110 | 39,231 | 72 | SUNDAY PREMIUM | 16.00 | 75.44 | |
| 25-16 | 2 | | | | | | | FLSA | | 3.50 | |
| | | | | | | | | | | | |
| | | | | | | | | Total Hours Gross Pay : | | 1,578.39 | |

| | | | Total Adjustments Gross | 1,092.08 |
|---|---|---|---|---|

***** To view detailed information on adjustments, click on the View Adjustments link ==>    **View Adjustments**

# USPS Employee Earnings Statement

**UNITED STATES POSTAL SERVICE**

| Employee: | MONICA D LEE | Pay Period: | 26-2016 | **Net Pay** |
| Employee ID: | 04368629 | Pay Date: | 12/30/16 | **$ 1,666.39** |
| Finance Number: | 07-2359 | Pay Loc: | 515 | Inclusive Dates: | 12/10/16 - 12/23/16 |

## Leave

**Leave Computation date:**
Category: 4.00          11/26/16

### Annual Leave (AL)

| | |
|---|---|
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 8.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 8.00 |
| + AL Advanced YTD | 4.00 |
| = Available AL Balance | 12.00 |
| AL Used this Pay Period | .00 |

### Sick Leave (SL)
Category: 4.00

| | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | 8.00 |
| - SL Used YTD | .00 |
| = Current SL Balance | 8.00 |
| SL Used this Pay Period | .00 |

### Other Leave

### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | 1.39 |
| Calendar LWOP YTD | 1.39 |
| Leave Increment LWOP | 1.39 |

### Retirement
**YTD:**          124.67   **Total:**          .00

### FERS USPS Thrift Contributions
**PP 1%:**     14.83    **YTD USPS 1%:**   28.34
**PP Match:**     44.48    **YTD Matching:**   85.00

### Insurance Income
**Pay Period:**     .02    **YTD:**     .04

### Earnings Statement Messages

## Additional Pay / Other Compensation

| | Amount Pay Period | YTD |
|---|---|---|
| | | |
| | | |
| Total Additional Pay / Other Compensation : | .00 | .00 |
| Total Gross Pay : | $ 2,316.70 | $ 32,476.28 |

## Deductions

| | Amount Pay Period | YTD |
|---|---|---|
| Retirement: FERS - Ret-FICA Code E | 65.24 | 124.67 |
| Social Security | 143.63 | see YTD below |
| Medicare | 33.60 | see YTD below |
| Federal Tax: S 03 | 266.86 | 2,569.38 |
| State Tax: CO S 03 | 80.00 | 837.00 |
| Local Tax: 294 S 00 | .00 | .00 |
| Social Security (deducted on Ins Income) | .00 | 2,013.53 |
| Medicare (deducted on Ins Income) | .00 | 470.91 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 44.48 | 85.00 |
| Union Dues: W | 16.50 | 391.40 |
| Child Support / Spousal Support | .00 | 1,664.41 |
| Garnishment | .00 | 2,733.91 |
| Local Tax: 294 S 00 | .00 | 69.00 |

| | | |
|---|---|---|
| Total Current Pay Period Deductions : | 650.31 | |
| Total Adjustments Deductions : | .00 | |
| Total Deductions : | $ 650.31 | $ 10,959.21 |
| Net Pay (Paper Check): | $ 1,666.39 | $ 21,517.07 |

## *Restricted Information / Confidential*

## USPS Employee Earnings Statement

**UNITED STATES POSTAL SERVICE**

| | |
|---|---|
| Employee: | MONICA D LEE |
| Employee ID: | 04368629 |
| Finance Number: | 07-2359   Pay Loc:   515 |

| | |
|---|---|
| Pay Period: | 02-2017 |
| Pay Date: | 01/27/17 |
| Inclusive Dates: | 01/07/17 - 01/20/17 |

### Net Pay
## $ 1,928.40

### Leave
Category:   Leave Computation date:
4.00    11/26/16

#### Annual Leave (AL)

| | |
|---|---|
| AL Prior Year Balance | 12.00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | 12.00 |
| + AL Earned YTD | 4.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 16.00 |
| + AL Advanced YTD | 100.00 |
| = Available AL Balance | 116.00 |
| AL Used this Pay Period | .00 |

#### Sick Leave (SL)
Category: 4.00

| | |
|---|---|
| SL Prior Year Balance | 12.00 |
| + SL Earned YTD | 4.00 |
| - SL Used YTD | .00 |
| = Current SL Balance | 16.00 |
| SL Used this Pay Period | .00 |

#### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .65 |
| Calendar LWOP YTD | 17.00 |
| Leave Increment LWOP | .65 |

#### Retirement
YTD:    118.67   Total:    124.67

#### FERS USPS Thrift Contributions

| | YTD USPS |
|---|---|
| PP 1%:   14.97 | 1%:   26.98 |
| PP Match:   44.90 | YTD Matching:   80.92 |

#### Insurance Income
Pay Period:   .02    YTD:    .04

#### Earnings Statement Messages

### Additional Pay / Other Compensation

| | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation : | .00 | .00 |
| Total Gross Pay : | $ 2,758.53 | $ 4,770.44 |

### Deductions

| | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS – Ret-FICA Code E | 65.85 | 118.67 |
| Social Security | 171.03 | see YTD below |
| Medicare | 40.00 | see YTD below |
| Federal Tax: S 03 | 375.61 | 570.73 |
| State Tax: CO S 03 | 100.00 | 166.00 |
| Local Tax: 294 S 00 | 2.88 | 5.76 |
| Social Security (deducted on Ins Income) | .00 | 295.77 |
| Medicare (deducted on Ins Income) | .00 | 69.17 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 44.90 | 80.92 |
| Union Dues: W | 29.86 | 46.36 |

| | | |
|---|---|---|
| Total Current Pay Period Deductions : | 830.13 | |
| Total Adjustments Deductions : | .00 | |
| Total Deductions : | $ 830.13 | $ 1,353.38 |
| Net Pay (Paper Check): | $ 1,928.40 | $ 3,417.06 |

## *Restricted Information / Confidential*

| Print This Page | USPS Employee Earnings Statement | UNITED STATES POSTAL SERVICE ® |
|---|---|---|

| Employee: | MONICA D LEE | | Pay Period: | | 02-2017 | Net Pay |
|---|---|---|---|---|---|---|
| Employee ID: | 04368629 | | Pay Date: | | 01/27/17 | $ 1,928.40 |
| Finance Number: | 07-2359 | Pay Loc: | 515 | Inclusive Dates: | 01/07/17 - 01/20/17 | |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-17 | 1 | P | 06 | FF | 110 | 39,231 | 43 | PENALTY OVERTIME PAYMENT | 2.04 | 76.95 |
| 02-17 | 1 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 39.65 | 747.84 |
| 02-17 | 1 | P | 06 | FF | 110 | 39,231 | 53 | OVERTIME HOURS | 10.64 | 301.02 |
| 02-17 | 1 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 49.28 | 53.22 |
| 02-17 | 1 | P | 06 | FF | 110 | 39,231 | 59 | PARTIAL DAY LWOP HOURS | .35 | .00 |
| 02-17 | 1 | P | 06 | FF | 110 | 39,231 | 72 | SUNDAY PREMIUM | 15.76 | 74.31 |
| 02-17 | 1 | | | | | | | FLSA | | .00 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 43 | PENALTY OVERTIME PAYMENT | 2.20 | 82.99 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 52 | WORK HOURS | 31.70 | 597.90 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 53 | OVERTIME HOURS | 13.84 | 391.56 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 54 | NIGHT WORK PREM HOURS | 51.41 | 55.52 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 57 | HOLIDAY WORK | 8.00 | 150.89 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 58 | HOLIDAY LEAVE | 8.00 | 150.89 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 59 | PARTIAL DAY LWOP HOURS | .30 | .00 |
| 02-17 | 2 | P | 06 | FF | 110 | 39,231 | 72 | SUNDAY PREMIUM | 16.00 | 75.44 |
| 02-17 | 2 | | | | | | | FLSA | | .00 |

| | Total Hours Gross Pay : | 2,758.53 |
|---|---|---|

| | Total Adjustments Gross : | .00 |
|---|---|---|

***** To view detailed information on adjustments, click on the View Adjustments link ==>   **View Adjustments**

**Cover Sheet for Petition**
**L.B.F. 1002-1.1**

**CHECK APPLICABLE BOXES TO SHOW ALL DOCUMENTS ATTACHED**

| Name of debtor(s):<br><br>Monica Denee Lee | [ ] Attorney (firm name, address, telephone, and registration number):<br><br>[x] No attorney ("*pro se*")(home address, telephone): |
|---|---|

| Filing fee (revised per directive of the Judicial Conference of the United States): |
|---|
| [ ]    $335 for chapter 7 |
| [ ]    $1,717 for chapter 11 |
| [ ]    $275 for chapter 12 |
| [ ]    $310 for chapter 13 |
| [X]   Other fee paid: $ Installment Enter amount AND attach applicable application under FED. R. BANKR. P. 1006 to pay in installments or pursuant to 28 U.S.C. § 1930(f) (if applicable). |

| Individual and business debtor(s) (except as otherwise noted): |
|---|
| [X]   Voluntary Petition for Individuals Filing for Bankruptcy, Official Form 101, or Voluntary Petition for Non-Individuals Filing for Bankruptcy, Official Form 201 |
| [X]   Your Statement of Financial Affairs for Individuals Filing for Bankruptcy, Official Form 107, or Summary of Financial Affairs for Non-Individuals Filing for Bankruptcy, Official Form 207 |
| [X]   Summary of Your Assets and Liabilities and Certain Statistical Information , Official Form 106Sum, or Summary of Assets and Liabilities for Non-Individuals, Official Form 206Sum |
| [X]   Schedules A–J – Official Forms 106A/B, 106C, 106D, 106E/F, 106G, 106H, 106I and 106J for Individuals, or Official Forms 206A/B, 106D, 106E/F, 106G, 106H, 106I and 106J for Non-Individuals |
| [X]   Declaration About an Individual Debtor's Schedules, Official Form 106Dec, or Declaration Under Penalty of Perjury for Non-Individual Debtors, Official Form 202 |
| [X]   Bankruptcy Petition Preparer's Notice, Declaration, and Signature, Official Form 119, (submitted only if debtor(s) used the services of a bankruptcy petition preparer) |
| [X]   For each individual debtor, copies of all payment advices, paycheck stubs, or other evidence of all salary, commissions or income received within 60 days before the bankruptcy case was filed, copied on 8 ½ by 11 paper with the debtor's first and last name printed on top of each page (and bankruptcy case number, if a number has been assigned); OR, as applicable, complete L.B. Form 1007-6.1 ("Statement Under Penalty of Perjury Concerning Payment Advices") for each debtor. |
| [ ]    A record of any interest in an education individual retirement account ("IRA") (26 U.S.C. § 530(b)(1)) or qualified state tuition program (26 U.S.C. § 529(b)(1) plans). |

| | |
|---|---|
| [ ] | Attorney's Disclosure of Compensation – Director's Form 203 (Form 2030) |
| [X] | Verification of Creditors' Matrix – L.B. Form 1007-2.1 |
| [X] | Creditors' Matrix (see L.B.R. 1007-2 and L.B.R. 1007-2App. for instructions). |

**Additional items due from ALL individual debtors:**

[X] Statement About Your Social Security Numbers – Official Form 121

Chapter 7 individual debtors also must file:

    [X]    Applicable Statements of Current Monthly Income and Means Test Calculation Forms:  Chapter 7 Statement of Your Current Monthly Income, Official Form 122A-1, Statement of Exemption from Presumption of Abuse Under § 707(b)(2), Official Form 122A-1Supp, and/or Chapter 7 Means Test Calculation, Official 122A-2*

    [X]    Statement of Intention for Individuals Filing Under Chapter 7, Official Form 108 (due thirty days post-petition) (the failure to comply with this statement and file reaffirmation agreements or motions to redeem personal property that the debtor does not intend to surrender has ramifications 45 days after the first scheduled meeting of creditors under 11 U.S.C. § 362(h) of the Bankruptcy Code)

Chapter 11 individual debtors also must file:

    [ ]    Chapter 11 Statement of Your Current Monthly Income, Official Form 122B

Chapter 13 individual debtors also must file:

    [ ]    Applicable Statements of Current Monthly Income and Calculation of Commitment Period:  Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period, Official Form 122C-1 and Chapter 13 Calculation of Your Disposable Income, Official Form 122C-2*

    [ ]    Chapter 13 Plan, L.B. Form 3015.1.1

*The links for the updated Internal Revenue Service and Census Bureau Information that may be needed to complete these forms can be reached from the web site: http://www.usdoj.gov/ust/.

**Additional items due from chapter 11 debtors:**

[ ]    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders, Official Form 104

[ ]    Corporate Ownership Statement as required by FED. R BANKR. P. 1007(a)(1) for corporations, L.B. Form 1007-4.1.

[ ]    List of Equity Interest Holders as required by FED. R. BANKR. P. 1007(a)(3) for corporations, L.B. Form 1007-4.2.

[ ]    Small business debtors must file the most recent 1) balance sheet, 2) statements of operations, 3) cash-flow statement and 4) federal income tax return; OR a verified statement that those documents do not exist and have not been prepared or filed.

[ ]    Disclosure Regarding Receivers Bankruptcy Form 1007-7.1.

| Date:<br><br>01/24/2017 | Printed name of party signing:<br><br>Monica Denee Lee | Signature of attorney (or debtor without counsel) |
|---|---|---|